*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
   City of Chester, Pennsylvania         )          Case No. 22−13032−amc
                                     )
                                     )
   Debtor(s).                            )          Chapter: 9
                                     )
                                     )          Civil Case Number.

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered and Dated October 23,2025 by the Honorable Ashely M. Chan
Notice of appeal filing fee ☑ paid          ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: November 7, 2025                                        For The Court

                                                  Mohung Wong
                                                  Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____          Signature: _____
Miscellaneous No._____          Date: _____
Assigned to Judge _____